U.S. Department of Justice

United States Attorney
Southern District of New York

86 Chambers Street, 4th Floor
New York, New York 10007

October 17, 2007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07

BY HAND

Honorable William H. Pauley III
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007

                                       Re:    Garcia-Villeda v. Gonzales
                                              07 Civ. 3133 (WHP)

Dear Judge Pauley:

      I am writing respectfully on behalf of both parties to request an adjournment, to a date and time convenient to the Court, of the initial pretrial conference scheduled for next Friday, October 26, 2007, in the above-referenced civil action, because the conference conflicts with earlier scheduled matters in which I am required to appear that morning before Judges Stein, Kaplan, Sullivan, and Chin. Counsel for plaintiff, Mary Elizabeth DelliPizzi, Esq., joins in this request and has asked me to inform the Court that plaintiff shortly anticipates filing an amended complaint in this action.

      I thank the Court for its consideration of this request.

Application granted.

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
10/23/07

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
Tel. No.: (212) 637-2728

cc:    BY TELEFACSIMILE
       AND FIRST CLASS MAIL

Mary Elizabeth DelliPizzi, Esq.
DiRaimundo & Masi, P.C.
401 Broadhollow Road, No. 302
Melville, NY 11747

The conference is adjourned to November 2, 2007 at 9:45 a.m.