UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
Horacio H. GARCIA-VILLEDA,

    Petitioner,

- against -

Alberto R. Gonzales, Attorney General,

    Respondent.
--------------------------------------------------------------- X

**STIPULATION AND**
**ORDER OF DISMISSAL**

07 CIV. 3133 (WHP)

    IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and is hereby, dismissed as moot, without costs or attorney's fees to any party.

Dated: November 1, 2007
    Melville, New York

DIRAIMONDO & MASI, LLP
Attorney for Petitioner

By: _____
MICHAEL P. DIRAIMONDO, ESQ.
401 Broadhollow Road, Suite 302
Melville, New York 11747
(631) 777-5557

Dated: November 1, 2007
    New York, New York

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

By: _____
F. JAMES LOPREST, JR.
Special Assistant U.S. Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
(212) 637-2728

SO ORDERED:

_____
HON. WILLIAM H. PAULEY, III
11/1/07